

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   HEATHER H. SECHRIST
3  State Bar No. 023099
   ERICA L. SEGER
4  State Bar No. 022681
   Assistant United States Attorney
5  405 West Congress, Suite 4800
   Tucson, Arizona 85701-5040
6  Telephone: (520) 620-7300
   Email:heather.sechrist@usdoj.gov
7       erica.seger@usdoj.gov
   Attorneys for Plaintiff
8

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF ARIZONA

11

12  United States of America,

13               Plaintiff,          CR 15-1163-TUC-RM (JR)

14     vs.                          S U P E R C E D I N G
                                    I N D I C T M E N T

15  1.  Manuel Aguilar-Estrada       18 U.S.C. §§ 922(g)(5)(A) & 924(a)(2)
            (Counts 1-3)             (Possession of Ammunition by an Illegal
16                                   Alien)
                                     Count 1
17  ███████████████████████
                                     21 U.S.C. § 846
18               Defendants.         (Conspiracy to Possess with Intent to
                                     Distribute Methamphetamine)
19                                   Count 2

20                                   21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii),
                                     and 841(b)(1)(C)
21                                   (Possession with Intent to Distribute
                                     Methamphetamine)
22                                   Count 3

23                                          (Under Seal)

24  THE GRAND JURY CHARGES:

25                                    COUNT 1

26       On or about May 27, 2015, at or near Menagers Dam, on the Tohono O'odham

27  Nation of Arizona, in the District of Arizona, **MANUEL AGUILAR-ESTRADA**, then

28  being an alien illegally and unlawfully in the United States, did knowingly possess

1  ammunition, to wit: seven (7) Speer 9mm Lugar rounds, six (6) Winchester 9mm Lugar

2  rounds, seven (7) Remington 9mm Lugar rounds, one(1) BHA 9mm Lugar round, and

3  one (1) GFL .380 ACP round, said ammunition not being manufactured in Arizona thus

4  affecting commerce in that it previously was transported into the state of Arizona from

5  another state or foreign country;

6      All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

7                          **COUNT 2**

8  1.    From a time unknown, to on or about May 27, 2015, at or near Menagers Dam, on

9  the Tohono O'odham Nation of Arizona, in the District of Arizona, **MANUEL**

10  **AGUILAR-ESTRADA** ▉ ▉▉▉▉ ▉▉▉▉▉▉▉ named herein as

11  defendants and co-conspirators, did knowingly and intentionally combine, conspire,

12  confederate and agree together and with other persons known and unknown to the grand

13  jury, to possess with intent to distribute a quantity of a mixture containing a detectable

14  amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21,

15  United States Code, Sections 846 and 841(a)(1).

16  2.    ▉▉▉▉▉▉▉▉▉▉ conspired to possess with intent to distribute

17  500 grams or more of a mixture containing a detectable amount of methamphetamine,

18  that is approximately 564 grams of methamphetamine, a Schedule II controlled

19  substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

20  841(b)(1)(A)(viii).

21  3.    **MANUEL AGUILAR-ESTRADA** conspired to possess with intent to distribute

22  a quantity of a mixture or substance containing a detectable amount of

23  methamphetamine, a schedule II controlled substance, in violation of Title 21, United

24  States Code, Section 841(b)(1)(C).

25                          **COUNT 3**

26  1.    Beginning at a time unknown, and continuing to on or about May 27, 2015, at or

27  near Tucson, in the District of Arizona, **MANUEL AGUILAR-ESTRADA** and

28  ▉▉▉▉▉▉▉▉▉▉ did knowingly and intentionally possess with intent

1  to distribute a quantity of a mixture containing a detectable amount of methamphetamine,

2  a Schedule II controlled substance; in violation of Title 21, United States Code, Sections

3  841(a)(1) and 841(b)(1)(A)(viii) and 841(b)(1)(C).

4  2.    ███████████████████ did knowingly and intentionally possess with

5  intent to distribute a quantity of a mixture or substance containing a detectable amount of

6  methamphetamine, that is approximately 564 grams of methamphetamine, a Schedule II

7  controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and

8  841(b)(1)(A)(viii).

9  3.    **MANUEL AGUILAR-ESTRADA** did knowingly and intentionally possess with

10 intent to distribute a quantity of a mixture or substance containing a detectable amount of

11 methamphetamine, a Schedule II controlled substance; in violation of Title 21, United

12 States Code, Sections 841(a)(1) and 841(b)(1)(C).

13

14                                    A TRUE BILL

15

16                                    _____

17                                    Presiding Juror

18 JOHN S. LEONARDO
   United States Attorney
19 District of Arizona

20

21 Assistant U.S. Attorney

22

23

24

25

26

27

28

*United States of America v. Aguilar-Estrada et. al.*
*Superceding Indictment Page 3 of 3*